UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTOINE BRUCE, | ) |
| | ) |
| Petitioner | ) |
| | ) |
| v. | ) Case No. 1:11-cv-00275-KOB-HGD |
| | ) |
| JOHN T. RATHMAN, Warden, | ) |
| | ) |
| Respondent | ) |

## MEMORANDUM OPINION

On June 21, 2012, the magistrate judge entered his report and recommendation (doc. 15) and gave the parties fourteen days in which to file objections to the recommendations. No parties have filed any objections.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court ADOPTS the report of the magistrate judge and ACCEPTS his recommendation that the petition for writ of habeas corpus be denied.

The court will enter a separate order in conformity with this Memorandum Opinion.

DONE and ORDERED this 9th day of November, 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE